# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SONDRA R. JONES,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | No.  04-506-GPM |
| | ) | |
| **CITY OF EAST ST. LOUIS, IL, and DAN HILL,** | ) ) | |
| | ) | |
| Defendant(s). | | |

## JUDGMENT

**DECISION BY THE COURT:**

This matter came before the court pursuant to the Notice of Impending Dismissal filed November 16, 2005.  Plaintiff has failed to comply with said Order.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **CITY OF EAST ST. LOUIS, IL and DAN HILL,** and against plaintiff, **SONDRA R. JONES,** and this cause of action is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **EAST ST. LOUIS POLICE DEPARTMENT and JOHN DOE**, pursuant to Order filed 4/26/05.

Dated:  March 28, 2006

NORBERT G. JAWORKSI, Clerk of Court

By: s/Linda M. Cook
      Deputy Clerk

Approved by:

S/G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**